IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GWENDOLYN GABRIEL, ET. AL, | § | |
|     PLAINTIFFS, | § | |
| | § | |
| v. | § | CASE NO. 3:20-CV-0060-K-BK |
| | § | |
| MERRY OUTLAW, ET. AL, | § | |
|     DEFENDANTS. | § | |
| | § | |

### ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation on Defendant John Nation's *Motion to Dismiss for Failure to State a Claim*. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Defendant John Nation's *Motion to Dismiss for Failure to State a Claim* is **GRANTED**. Plaintiff's claims against Nation are **DISMISSED WITHOUT PREJUDICE** to Plaintiffs' filing of an amended complaint. If, within 14 days of this order, Plaintiffs fail to amend their complaint to cure the deficiencies noted herein, at the re-urging of Nation, those claims will be **DISMISSED WITH PREJUDICE**.

    SO ORDERED.

    Signed March 17th, 2021.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE