IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GWENDOLYN GABRIEL, ET. AL, <br> PLAINTIFFS, | § <br> § <br> § | |
| V. | § <br> § | CASE NO. 3:20-CV-60-K-BK |
| MERRY OUTLAW, ET. AL, <br> DEFENDANTS. | § <br> § <br> § <br> § | |

**AMENDED ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation on Defendant John Nation's *Motion to Dismiss for Failure to State a Claim*. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Defendant John Nation's *Motion to Dismiss for Failure to State a Claim* is **GRANTED**. Plaintiff's claims against Nation are **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

**Signed June 30, 2021**.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE