# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| GWENDOLYN D. GABRIEL, ET AL., | § | |
|     PLAINTIFFS, | § | |
| | § | |
| v. | § | CASE NO. 3:20-CV-60-K-BK |
| | § | |
| TONYA PARKER, ET AL., | § | |
|     DEFENDANTS. | § | |

### ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions, and a recommendation on *Defendant the Honorable Judge Tonya Parker's Motion to Dismiss*. Objections were filed, and the Court has made a de novo review of those portions of the proposed findings, conclusions, and recommendation to which objections were made. The objections are overruled, and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. *Defendant the Honorable Judge Tonya Parker's Motion to Dismiss* is **GRANTED**. Plaintiffs' claims against Defendant Tonya Parker are **DISMISSED WITH PREJUDICE**, and Defendant Tonya Parker is **DISMISSED** from this case.

    SO ORDERED.

    Signed November 18th, 2021.

    */s/ Ed Kinkeade*
    ED KINKEADE
    UNITED STATES DISTRICT JUDGE