IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GWENDOLYN D. GABRIEL, BARBARA J. GABRIEL, REGINA BROWN, BRITTNY WASHINGTON, AND KENNETH J. GABRIEL,<br>    PLAINTIFFS, | § § § § § § | |
| v. | § § | CASE NO.  3:20-CV-60-K-BK |
| MERRY OUTLAW, JOHN FRICK, LORENZO BROWN, BRIDGETT ZOLTOWSKI, ESTATE OF BRUCE TURNER, TONYA PARKER, JOHN NATION, ESTATE OF BENJAMIN STEPHENS, AND LATRENA BOOKER,<br>    DEFENDANTS. | § § § § § § § § | |

ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case.  Objections were filed by the plaintiffs.  (*See* ECF Docs. 53, 54, 55, 56, and 57.) The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Plaintiffs' Objections are **OVERRULED**. Defendants' motions, Doc. 24, Doc. 27, Doc. 30, and Doc. 40, are **GRANTED**.

**SO ORDERED.**

**Signed March 2nd, 2022.**

_____
**ED KINKEADE**
**UNITED STATES DISTRICT JUDGE**